**BOND RECOMMENDATION: DETENTION**                           KJMP/mr

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ERRARDO SANTILLANA

## WARRANT FOR ARREST

CASE NUMBER: 8:12-MJ-1728-T-EAJ

**To: The United States Marshal**
     **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ERRARDO SANTILLANA and bring him forthwith

to the nearest magistrate to answer a

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with conspiracy to possess with intent to distribute and distribute 500 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C.

Section 841(a)(1).

In violation of Title 21, United States Code, Section(s) 846 and 841(b)(1)(A).

| | |
|---|---|
| ELIZABETH A. JENKINS | **UNITED STATES MAGISTRATE JUDGE** |
| Name & Title of Judicial Officer | Title of Issuing Officer |
| *Signature* | 11/28/12 ; Tampa, Florida |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/30/12 | Swank (?) | |
| DATE OF ARREST | for DEA | |
| 11/29/12 | | |

T:\_Criminal Cases\S\Santillano, Errardo_2012R01572_KJP\f_Arrest Warrant_Complaint_Santillana.wpd