**BOND RECOMMENDATION:  DETENTION**                                    KJMP/mr

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

EMANUEL OCAMPO-JAIMES

**WARRANT FOR ARREST**

CASE NUMBER: 8:12-MJ-1728-T-EAJ

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest EMANUEL OCAMPO-JAIMES and bring him

forthwith to the nearest magistrate to answer a

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with conspiracy to possess with intent to distribute and distribute 500 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C.

Section 841(a)(1).

In violation of Title 21, United States Code, Section(s) 846 and 841(b)(1)(A).

ELIZABETH A. JENKINS
Name & Title of Judicial Officer

Signature of Issuing Officer

(By) Deputy Clerk

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

11/28/12, Tampa, Florida
Date and Location

Bail fixed at $ _____              by  _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| _____ | | |
| DATE RECEIVED 11/30/12 | NAME AND TITLE OF ARRESTING OFFICER Swenk (?) for DEA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/29/12 | | |