**BOND RECOMMENDATION: DETENTION**                                KJMP/mr

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SABINO ALDAY

**WARRANT FOR ARREST**

CASE NUMBER: 8:12-MJ-1728-T-EAJ

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest SABINO ALDAY and bring him forthwith to the nearest magistrate to answer a

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with conspiracy to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. Section 841(a)(1).

In violation of Title 21, United States Code, Section(s) 846 and 841(b)(1)(A).

ELIZABETH A. JENKINS
Name & Title of Judicial Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11/28/12; Tampa, Florida
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____   by   _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 11/30/12 | NAME AND TITLE OF ARRESTING OFFICER _[illegible]_ for DEA | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 11/28/12 | | |

T:\_Criminal Cases\S\Santillano, Errardo_2012R01572_KJP\f_Arrest Warrant_Complaint_Sabino Alday.wpd