UNITED STATES DISTRICT COURT
2012 DEC 20 PM 3: 43
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO. 8:12-CR- 564 T26 TGW
                                         21 U.S.C. 846
ERRARDO SANTILLANA                       21 U.S.C. 841(a)(1)
EMANUEL OCAMPO-JAIMES                    21 U.S.C. 853 (forfeitures)
SABINO ALDAY, and
JORGE MAGANA

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date, but at least beginning in early 2012, through on or about November 27, 2012, in Hillsborough County, in the Middle District of Florida, and elsewhere, the defendants,

ERRARDO SANTILLANA,
EMANUEL OCAMPO-JAIMES,
SABINO ALDAY, and
JORGE MAGANA,

did knowingly and willfully conspire with each other and with other persons, both known and unknown to the Grand Jury, to conspire to distribute and possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, both Schedule II controlled substances, contrary to the provisions of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(viii).

## COUNT TWO

On or about May 16, 2012, in Hillsborough County, in the Middle District of Florida, defendants,

> ERRARDO SANTILLANA, and
> JORGE MAGANA,

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about June12, 2012, in Hillsborough County, in the Middle District of Florida, defendants,

> ERRARDO SANTILLANA, and
> JORGE MAGANA,

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about July 24, 2012, in Hillsborough County, in the Middle District of Florida, defendant,

> ERRARDO SANTILLANA,

did knowingly and intentionally distribute fifty (50) grams or more of

methamphetamine (actual), a Schedule II Controlled Substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FIVE

On or about August 21, 2012, in Hillsborough County, in the Middle District of Florida, defendants,

### ERRARDO SANTILLANA,

did knowingly and intentionally distribute five (5) grams or more of methamphetamine (actual), a Schedule II Controlled Substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about September 11, 2012, in Hillsborough County, in the Middle District of Florida, defendant,

### ERRARDO SANTILLANA,

did knowingly and intentionally distribute five (5) grams or more of methamphetamine (actual), a Schedule II Controlled Substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SEVEN

On or about October 29, 2012, in Hillsborough County, in the Middle District of Florida, defendant,

ERRARDO SANTILLANA,

did knowingly and intentionally possess with intent to distribute five (5) grams or more of methamphetamine (actual), a Schedule II Controlled Substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about November 27, 2012, in Hillsborough County, in the Middle District of Florida, defendants,

ERRARDO SANTILLANA, and
SABINO ALDAY,

did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable quantity of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT NINE

On or about November 27, 2012, in Hillsborough County, in the Middle District of Florida, defendants,

ERRARDO SANTILLANA, and
EMANUEL OCAMPO-JAIMES,

did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable quantity

4

of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## FORFEITURES

1.  The allegations contained in Counts One through Nine of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2.  From their engagement in any or all of the violations alleged in Counts One through Nine of this Indictment, punishable by imprisonment for more than one year, the defendants,

> ERRARDO SANTILLANA,
> EMANUEL OCAMPO-JAIMES,
> SABINO ALDAY, and
> JORGE MAGANA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all:

  a. Property constituting and derived from any proceeds obtained, directly or indirectly, as a result of such violations; and

  b. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3.  Specifically, the property to be forfeited includes, but is not

limited to:

  (a) approximately $39,000 seized from 214 Cherry Lane, Tampa, Florida on or about November 28, 2012;

  (b) a money judgment in the amount of $12,700, which represents the proceeds of their conspiracy;

  (c) a black 2007 Chevrolet Suburban suv, Vehicle Identification Number 3GNFC16047G239613; and

  (d) a red 2007 Ford F-150 pickup truck Vehicle Identification Number 1FTRF12257KD58056.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred, sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of said defendants up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
KATHY J.M. PELUSO
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No.

## UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ERRARDO SANTILLANA,
EMANUEL OCAMPO-JAIMES,
SABINO ALDAY, and
JORGE MAGANA

### INDICTMENT

Violations: Title 21, United States Code, Sections 846, 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 20th day of December 2012.

_____
Clerk

Bail $_____

GPO 863 525

3