**BOND RECOMMENDATION: Detention**

AO 442 (Rev.5/85) Warrant for Arrest                                      KJMP/mr

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JORGE MAGANA

WARRANT FOR ARREST

CASE NUMBER: 8:12-CR-564(26)TGW

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JORGE MAGANA and bring forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), and five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section(s) 846, and 841(a)(1).

Joshua Snyder Task Force Officer
Name & Title of Judicial Officer

_Signature of Issuing Officer_

Brenda Napier
(By) Deputy Clerk

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

12-21-12
Date and Location

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01-04-13 | Joshua Snyder | |
| DATE OF ARREST | Task Force Officer | |
| 01-03-13 | | |

T:\_Criminal Cases\W\WHEELER, Llewellyn_2012ROpending_kjp\F_Arrest Warrant_Llewellyn wheeler.wpd