*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA DIVISION*

Case No.:  8:12-cr-564-T-26TGW                Date:  July 25, 2013

U.S.A. v.  Emanuel Ocampo-Jaimes

Honorable    RICHARD A. LAZZARA            Interpreter:  Rick Arenas

Court  Reporter: Sandy Provenzano            Courtroom Deputy: Keshia Jones

Attorney(s) for Government:                  Attorney for Defendant:
AUSA Kathy Peluso                            David Hardy, CJA

Time:  9:00am - 9:20am = 20 minutes          Courtroom 15B

**CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING**

__X__   Deft and Interpreter sworn.                                    USPO: David Tremmel

__X__   Defendant is adjudged guilty on Counts **1** of the Indictment (plea agreement).

__X__   Imprisonment:  **70 Months as to Count 1**

__X__   The Court makes the following recommendations to the Bureau of Prisons:
        (X) Confinement at FCI Coleman
        ( ) Defendant to reside at A Community Sanctions Center.
        ( ) Defendant to participate in and receive drug and alcohol treatment & rehabilitation.
        ( ) Defendant to participate in the 500 hour Intensive Drug Program.
        ( ) Other

__X__   Supervised Release:  **5 Years as to Count 1**

_____   Probation:   Years as to Count(s)

__X__   Fine is waived.

_____   Restitution: $_____ *(See Criminal Monetary Penalties - Page 5 of the Judgment for details)* joint
        and several with _____ .

        While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the
        defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor
        job. *Upon release from custody*, the defendant shall make monthly payments of no less than **$_____** and
        this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or
        the government that there has been a material change in his ability to pay.

__X__   Special Assessment:$100.00  (X)  To be paid immediately.

__X__   Special conditions of ( ) probation (X) supervised release:

(X) The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

(X) Should the defendant be deported, he shall not be allowed to re-enter the U.S. without the express permission of the appropriate governmental authority.

(X) Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

 x      Defendant is remanded to the custody of the US Marshal.

___     Defendant to surrender to the designated institution as notified by the US Marshal but not before ___

 x      Count  **9**   of the indictment is dismissed on motion of the U.S. Attorney.

 x      Defendant's Oral Motion for downward Variance is DENIED by the Court.

 x      Forfeiture ordered by the Court. **Forfeiture of Money Judgment** entered on **6/17/13 at #103** in the amount of **$12,700.00** is made a part of the Judgment.

OTHER:

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level:          27
Criminal History Category:    I
Imprisonment Range:           70  -  87  months
Supervised Release Range:     2 - 5   years
Restitution:  $n/a
Fine Range: $12,500      to  $10,000,000
Special Assessment:  $100

 X      Defendant is found indigent for purposes of appeal and <u>David Hardy, CJA</u>
        is appointed to represent the defendant should he wish to pursue an appeal.

___     All the defendant's property, taken at time of arrest, has been returned except any official papers which will be turned over to ICE at the completion of his sentence for use in deportation proceedings.

___     The following property has not been returned to the defendant: