### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Case No.:  8:12-cr-564-T-26TGW                    Date: August 1, 2013

U.S.A. v.  Sabino Alday

Honorable    RICHARD A. LAZZARA            Interpreter:  Rick Arenas

Court  Reporter: Scott Gamertsfelder          Courtroom Deputy:  Susan Saylor

Attorney(s) for Government:                    Attorney(s) for Defendant:
Kathy Peluso                                  Mark Ciaravella, CJA

Time:  9:30    -      10:20    =      .15            Courtroom 15B

_____

### CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

__X__    Deft sworn.                          USPO: Tashika Curtis

__X__    Defendant is adjudged guilty on Counts __1__ of the Indictment (plea agreement).

__X__    Imprisonment: 63   Months as to Count(s) 1

__X__    The Court makes the following recommendations to the Bureau of Prisons:
          (X ) Confinement at FCI Coleman
          ( ) Defendant to reside at A Community Sanctions Center.
          ( ) Defendant to participate in and receive drug and alcohol treatment & rehabilitation.
          (X ) Defendant to participate in the 500 hour Intensive Drug Program.
          (X ) Other: vocational training in welding program

__X__    Supervised Release:  5 Years as to Count(s)  1

____    Probation:    Years as to Count(s)

__X__    Fine is waived.

____    Restitution: $_____ *(See Criminal Monetary Penalties - Page 5 of the Judgment for details)* joint
          and several with _____ .

          While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the
          defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor
          job. *Upon release from custody*, the defendant shall make monthly payments of no less than  **$_____** and
          this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or
          the government that there has been a material change in his ability to pay.

__X__    Special Assessment:$100.00  (X ) To be paid immediately.

  X    Special conditions of ( ) probation (X ) supervised release:

( ) Defendant shall participate in the Home Detention program for a period of _____. During the time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's probation officer.

(X ) Defendant shall participate in a substance abuse program as directed and approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

( ) Defendant shall participate as directed in a program for mental health treatment approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

( ) The mandatory drug testing provisions are waived. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

(X ) The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

( )The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases, or attempting to do so, without the *express prior approval* of the probation officer.

( ) The defendant shall provide the probation officer access to any requested financial information.

( ) Should the defendant be deported, he shall not be allowed to re-enter the U.S. without the express permission of the appropriate governmental authority.

( ) Defendant shall perform _____ hours of community service.

( ) Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

( ) The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his Probation Officer.

( ) The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

( ) The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

( ) The defendant is prohibited from possessing, subscribing to, or viewing any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

( ) The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network systems. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

( ) The defendant shall submit to a search of his person, residence, place of business, any storage unites under your control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

X___    Defendant is remanded to the custody of the US Marshal.

___    Defendant to surrender to the designated institution as notified by the US Marshal but not before ____

X___    Count(s) __8__ of the indictment is dismissed on motion of the U.S. Attorney.

___    Original indictment and/or superseding indictment is/are dismissed on motion by the U.S. Attorney.

X___    Defendant advised of right to appeal and to counsel on appeal.

X___    Defendant on the record informs the Court that he is satisfied with the representation of his/her attorney.

___    Bond () continued ( ) modified _____

___    Government's motion (Doc. ) for downward departure is GRANTED/DENIED. Court departs ___levels.

___    Defendant's motion (Doc. ) for downward departure is GRANTED/DENIED.  Court departs ___levels.

___    Government's Oral Motion for downward Variance  is GRANTED/DENIED by the Court.

___    Defendant's Oral Motion for downward Variance is GRANTED/DENIED by the Court.

___    Oral motion to continue sentencing by the Government/Defendant is orally GRANTED/DENIED. Sentencing reset for _____. Separate notice to follow.

___    Forfeiture ordered by the Court. Forfeiture order entered on.

OTHER:


## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING


Total Offense Level:                26
Criminal History Category:              I
Imprisonment Range:        63    -    78        months
Supervised Release Range:    2  - 5      years
Restitution:  $n/a
Fine Range: $12,500        to  $10,000,000
Special Assessment:  $100.00


 X___    Defendant is found indigent for purposes of appeal and Mark Ciaravella, CJA
        is appointed to represent the defendant should he wish to pursue an appeal.

___    All the defendant's property, taken at time of arrest, has been returned except any official papers which will be turned over to ICE at the completion of his sentence for use in deportation proceedings.

____    The following property has not been returned to the defendant: